GEORGE T. COXWELL, plaintiff in error, vs. J. E. DE-
VAUGHN, defendant in error.

A creditor having both a crop lien and an open account of younger date, may
appropriate to either, at his option, the proceeds of a bale of cotton deliv-
ered to him by his debtor, with instructions to sell to the best advantage
and keep the money. After the money has been realized by the creditor
and appropriated by him to the account, it is too late for the debtor to di-
rect its appropriation to the lien.

Debtor and creditor. Appropriation of payments. Be-
fore Judge CLARK. Macon Superior Court. May Term,
1875.

Reported in the opinion.

THOMAS P. LOYD, by brief, for plaintiff in error.

No appearance for defendant.

BLECKLEY, Judge.

The creditor held a crop lien and an open account of young-
er date. The debtor delivered to him a bale of cotton, with
no direction but to sell to the best advantage and keep the
money. The creditor sold the cotton and applied the money
to the account. He foreclosed the crop lien, and the debtor
thereupon filed his affidavit resisting its enforcement, and in-
sisted that the proceeds of the cotton should go in reduction
or in discharge of the lien. We think the presiding judge
was clearly right in holding that the creditor was free to ap-
propriate the payment as he did: Code, section 2869; 1 *Kelly*,
241; 45 *Georgia Reports*, 565.

Judgment affirmed.